| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Benitez, Roger T. | 2. Court or Organization<br><br>U. S. District Court, Southern District of California | 3. Date of Report<br><br>05/04/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>221 West Broadway<br>San Diego, California 92101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees- | Thomas Jefferson School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/04/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | California State Teachers Retirement |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/04/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Quicken Home Loans | Mortgage | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Parcel 4 Salton City, Ca | | None | J | W | | | | | |
| 2. Parcel 5 San Diego, CA | E | Rent | N | W | | | | | |
| 3. Note (X)- Steve and Anna Seibert | E | Interest | M | T | | | | | |
| 4. Northern Life Annuity/ING now VOYA TSA group1 | B | Interest | L | T | | | | | |
| 5. Brokerage account-- MSSB--- (H)---- | | | | | Closed | 11/01/16 | | | |
| 6. Scottrade Brokerage Account 1 (H) | | | | | | | | | |
| 7. investment account- | A | Interest | L | T | | | | | |
| 8. Citibank- Bank Deposit Program | A | Interest | K | T | | | | | |
| 9. At&t (T) | A | Dividend | J | T | Buy (add'l) | 11/15/16 | J | | |
| 10. Annaly Capital --NLY | A | Dividend | J | T | | | | | |
| 11. Apple-common stock-AAPL | A | Dividend | K | T | Buy (add'l) | 12/07/16 | J | | |
| 12. Qwest Corp Preferential Rate- preferred stock-cty | A | Dividend | J | T | | | | | |
| 13. Facebook Inc CLA--common stock FB | | None | K | T | Buy | 11/15/16 | J | | |
| 14. | | | | | Buy (add'l) | 11/28/16 | J | | |
| 15. Google Inc CLC--common stock GOOGname change Alphabet Inc | | None | K | T | | | | | |
| 16. Qualcom Inc. common stock QCOM | A | Dividend | J | T | Buy (add'l) | 11/15/16 | J | | |
| 17. Dow Chemical common stock DOW | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fitbit Inc. common stock FIT | | None | | | Sold | 11/07/16 | J | A | |
| 19. Chevron Corporation- common-CVX | | None | K | T | Buy | 12/07/16 | J | | |
| 20. | | None | | | Buy (add'l) | 11/15/16 | J | | |
| 21. Automatic Data Processing- common -ADP | | None | J | T | Buy | 12/27/16 | J | | |
| 22. Old Republic International Corporation - common - ORI | | None | J | T | Buy | 12/28/16 | J | | |
| 23. Bank of America- common BAC | | None | J | T | Buy | 12/28/16 | J | | |
| 24. Alibaba Group Holding LTD-common- BABA | | None | J | T | Buy | 05/27/16 | J | | |
| 25. Gilead Sciences Inc.- common GILD | | None | | | Buy | 05/18/16 | J | | |
| 26. | | | | | Sold | 11/28/16 | J | A | |
| 27. Aberdeen Asia Pacific-Income Fund-FAX | A | Dividend | | | Buy | 05/27/16 | J | | |
| 28. | | | | | Sold | 12/23/16 | J | A | |
| 29. Monsanto Company-common- MON | A | Dividend | | | Buy | 12/23/16 | J | | |
| 30. | | | | | Sold | 12/27/16 | J | A | |
| 31. Brokerage account-- (H) E-Trade | | | | | | | | | |
| 32. Extended insurance sweep deposit account (X) | | None | J | T | | | | | |
| 33. Stag Industrial --(STAG) | | None | | | Sold | 01/13/16 | J | B | |
| 34. Miller Energy Resources-- Fixed SER D-- MILL (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Orchid Island Capital Inc.--common stock---ORC | | None | | | Sold | 01/13/16 | J | A | |
| 36. SPDR Gold Trust--GLD-- --common | | None | | | Sold | 02/16/16 | J | B | |
| 37. | | None | | | Buy | 03/29/16 | J | | |
| 38. | | None | | | Buy (add'l) | 03/29/16 | J | | |
| 39. | | None | | | Sold | 12/06/16 | J | A | |
| 40. Facebook-common stock--FB | | None | | | Sold | 02/16/16 | J | A | |
| 41. | | | | | Buy | 03/30/16 | J | | |
| 42. | | | | | Buy (add'l) | 04/05/16 | J | | |
| 43. | | | K | T | Buy (add'l) | 12/08/16 | J | | |
| 44. Walmart Corp- common stock WMT | A | Dividend | | | Buy (add'l) | 03/30/16 | J | | |
| 45. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 46. | | | | | Sold | 09/08/16 | J | A | |
| 47. Amirin Pharmaceutical common stock AMRN | | None | | | Buy (add'l) | 02/17/16 | J | | |
| 48. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 49. | | | | | Sold | 08/02/16 | J | A | |
| 50. Chevron Corporation -common stock- CVX | B | Dividend | L | T | Buy (add'l) | 02/03/16 | J | | |
| 51. | | | | | Buy (add'l) | 03/17/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 53. | | | | | Buy (add'l) | 12/08/16 | J | | |
| 54. Valero Oil Partners--common stock--elro | | None | | | Sold | 03/29/16 | J | | |
| 55. Twitter- common TWTR | | None | | | Buy | 02/04/16 | J | | |
| 56. | | | | | Sold | 02/17/16 | J | A | |
| 57. | | | | | Buy | 02/18/16 | J | | |
| 58. | | | | | Sold | 03/18/16 | J | A | |
| 59. Deutsche Bank- common stock DB | | None | J | T | Buy | 09/28/16 | J | | |
| 60. | | | | | Buy (add'l) | 10/10/16 | J | | |
| 61. ExonMobil- common stock XOM | | None | J | T | Buy | 12/13/16 | J | | |
| 62. Valic---(H) | | | | | | | | | |
| 63. Valic Fixed Account Plus | A | Dividend | J | T | | | | | |
| 64. Valic Midcap Strat. GR./Morgan Stanley | | None | J | T | | | | | |
| 65. AIG Valic Mid Cap Fund (Wellington) | | None | K | T | | | | | |
| 66. Valic Small Cap Special Value-Evergreen/ Putnam | | None | K | T | | | | | |
| 67. Valic International Small Cap Equity/ AIG | | None | J | T | | | | | |
| 68. Chase Bank- aggregate | B | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. San Diego County Credit Union aggregate | A | Interest | M | T | | | | | |
| 70. Bank of America aggregate | A | Interest | J | T | | | | | |
| 71. Brokerage Account Scottrade - 2 (H) | | | | | | | | | |
| 72. Sweep account | A | Interest | J | T | | | | | |
| 73. SPDR Gold Trust- GLD | | None | | | Sold | 10/05/16 | J | B | |
| 74. Chevron Corporation---common stock--CVX | A | Dividend | J | T | Buy | 09/09/16 | J | | |
| 75. Facebook Inc-- CLA common stock FB | | None | J | T | Buy | 07/26/16 | J | | |
| 76. Amarin Pharmaceutical--common stock--AMRN (Y) | | | | | | | | | |
| 77. Netflix--common stock--NFLX | | None | | | Sold | 07/28/16 | J | A | |
| 78. General Lectric Company--common stock--GE | A | Dividend | | | Sold | 08/02/16 | J | A | |
| 79. Direxion Gold Miners- ETF-NUGT | | None | J | T | Buy | 10/12/16 | J | | |
| 80. | | | | | Buy (add'l) | 11/04/16 | J | | |
| 81. | | | | | Buy (add'l) | 12/12/16 | J | | |
| 82. Twitter, Inc. common-TWTR | | None | | | Buy | 08/04/16 | J | | |
| 83. | | | | | Sold | 08/15/16 | J | A | |
| 84. Deutsche Bank-common-DB | | None | | | Buy | 10/21/16 | J | | |
| 85. | | | | | Sold | 12/14/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. British Petroleum- common BP | | None | | | Buy | 10/21/16 | J | | |
| 87. | | | | | Sold | 11/04/16 | J | A | |
| 88. Monsanto Corporation-common MON | | None | | | Buy | 09/19/16 | J | | |
| 89. | | | | | Sold | 10/21/16 | J | A | |
| 90. California State Employee 401K-Savings Plus MidCap Fund | A | Dividend | J | T | | | | | |
| 91. Trust- - - (H) | | | | | | | | | |
| 92. --Wells Fargo- aggregate | B | Interest | M | T | | | | | |
| 93. --Parcel 6- San Diego, CA | E | Rent | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/04/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 5- account was closed-assets transfereed to account beginning at line 6

Line 37 -company was reorganized Chapter 11- stock voided.

Line 76-stock sold in February 2015 below reporting threshold <$1000

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roger T. Benitez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544